**Electronically Filed
Supreme Court
SCWC-16-0000046
02-OCT-2019
12:43 PM**

SCWC-16-0000046

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellant,

vs.

JOSHUA RESUN,
Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000046; CR. NO. 15-1-0268K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Joshua Resun's application for writ of certiorari filed on August 17, 2019, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 2, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

